UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FAROUK APPIEDU

                                Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

Defendant __FAROUK APPIEDU__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓   Bail/Detention Hearing

___   Conference Before a Judicial Officer

__/s/ Farouk Appiedu__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__FAROUK APPIEDU__
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

__PATRICK JOYCE__
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/19/2020
Date

__[signature]__
JAMES L. COTT
United States Magistrate Judge